UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
IPAYMENT, INC.,

                 Petitioner,

-against-

1ST AMERICARD, INC., GREG GRAINGER
and KELLY GRAINGER,

                 Respondents.
------------------------------------------------------------------ X

Case No. 15-CV-01904 (AT)

**ECF Case**

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the accompanying Declaration of William F. Dahill, sworn to on August 19, 2015, and the exhibits thereto, and Memorandum of Law in Support of its Motion to Substitute Kelly Grainger as the Proper Party on Behalf of Greg Grainger's Estate, Petitioner iPayment, Inc., by its attorneys, Wollmuth Maher & Deutsch LLP, hereby moves for an order authorizing the substitution of Kelly Grainger, administrator of the estate of Greg Grainger, as the proper party in this action, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 19, 2015
       New York, New York

                                WOLLMUTH MAHER & DEUTSCH LLP

                                By: _____
                                    William F. Dahill
                                    Devika Persaud

                                500 Fifth Avenue
                                New York, New York, 10110
                                (212) 382-3300