UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
: 
IPAYMENT, INC.,                                                     : Case No. 15-CV-01904 (AT)
                                                                    :
                              Petitioner,                           : **ECF Case**
                                                                    :
         -against-                                                  :
                                                                    :
                                                                    :
1ST AMERICARD, INC., GREG GRAINGER                                  :
and KELLY GRAINGER,                                                 :
                                                                    :
                              Respondents.                          :
                                                                    :
------------------------------------------------------------------- X

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that upon the accompanying Declaration of William F. Dahill, sworn to on August 19, 2015, and the exhibits thereto, and Memorandum of Law in Support of its Motion to Substitute Kelly Grainger as the Proper Party on Behalf of Greg Grainger's Estate, Petitioner iPayment, Inc., by its attorneys, Wollmuth Maher & Deutsch LLP, hereby moves for an order authorizing the substitution of Kelly Grainger, administrator of the estate of Greg Grainger, as the proper party in this action, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 19, 2015
       New York, New York                WOLLMUTH MAHER & DEUTSCH LLP

                                                   By: _____
                                                        William F. Dahill
                                                        Devika Persaud

                                                    500 Fifth Avenue
                                                    New York, New York, 10110
                                                    (212) 382-3300