```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IPAYMENT, INC.,                                                   :   Case No. 15-CV-01904 (AT)
                                                                  :
                          Petitioner,                             :   **ECF Case**
                                                                  :
         -against-                                                :
                                                                  :
                                                                  :
1ST AMERICARD, INC., GREG GRAINGER                                :
AND KELLY GRAINGER,                                               :
                                                                  :
                          Respondents.                            :
                                                                  :
------------------------------------------------------------------X

## STIPULATION AND ORDER
## SUBSTITUTING KELLY GRAINGER AS PROPER PARTY
## ON BEHALF OF GREG GRAINGER'S ESTATE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 25(a)(1) and subject to the approval of the Court, as follows:

1.  The relief requested in Petitioner iPayment, Inc.'s Motion to Substitute Kelly Grainger as the Proper Party on Behalf of Greg Grainger's Estate (ECF Nos. 20-22) is granted.

2.  Kelly Grainger, as the Administrator of the estate of Greg Grainger, be and hereby is substituted as Respondent in the above-captioned matter.

3.  All motions, briefs, pleadings and other documents filed in the above-captioned matter shall be modified in accordance with the terms of this Order.

4.  Greg Grainger be and is hereby dismissed as a party to the above-captioned matter.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts, which together constitute one instrument.

Dated: New York, New York
       August 27, 2015

| | |
|---|---|
| WOLLMUTH MAHER & DEUTSCH LLP | SIMON PLC |
| By: ___/s/_____ | By: ___/s/_____ |
| William F. Dahill | Craig T. Mierzwa |
| Devika Persaud | |
| 500 Fifth Avenue | 750 Third Avenue, Suite 900 |
| New York, New York 10110 | New York, New York 10017 |
| *Attorneys for Petitioner* | *Attorneys for Respondents* |

SO ORDERED.

Dated: August 27, 2015
       New York, New York

_____
ANALISA TORRES
United States District Judge